IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KIM DURHAM**                                                                                    **PLAINTIFF**

v.                                            No. 4:10-cv-1169-DPM

**WAL-MART STORES, INC.**                                                        **DEFENDANT**

JUDGMENT

Kim Durham's complaint is dismissed with prejudice.


*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 October 2011